IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SANDRA MARIE HILL,

       Plaintiff,

v.                                  CASE NO.: 4:10cv60-SPM/WCS

STATE OF FLORIDA,
DEPARTMENT OF EDUCATION,

       Defendant.

_____/

## ORDER DENYING SECOND MOTION FOR SUMMARY JUDGMENT

This cause comes before the Court on Defendant's Second Motion for

Summary Judgment (doc. 54), Plaintiff's response (doc. 60), and Defendant's

reply (doc. 65).  The Court finds that the second motion is untimely.

Furthermore, the motion will be denied based on Ali v. City of Clearwater,

807.F.Supp. 701, 703-04 (M.D. Fla. 1992), which reasoning the Court adopts.

Accordingly, it is

ORDERED AND ADJUDGED: Defendant's Second Motion for Summary

Judgement (doc. 54) is denied.

SO ORDERED this 27th day of May, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge